368 P.2d 443

368 P.2d 443

**Arturo CORDOVA, Appellant,**

v.

**B. G. BARNUM and Southern Pacific Company, Defendants and Third-Party Plaintiffs, Appellees,**

v.

**Lee E. GREEN, d/b/a Palace Transfer & Storage Company, Third-Party Defendant, Appellee.**

**No. 7100.**

Supreme Court of New Mexico.

Feb. 8, 1962.

**NEW MEXICO STATE FAIR, Petitioner,**

v.

**DISTRICT COURT OF the SECOND JUDICIAL DISTRICT of the State of New Mexico, WITHIN AND FOR BERNALILLO COUNTY, New Mexico, and The Honorable Paul Tackett, District Judge of the Second Judicial District of the State of New Mexico, in and for Bernalillo County, New Mexico, Respondents.**

**No. 7122.**

Supreme Court of New Mexico.

Jan. 26, 1962.

COMPTON, Chief Justice, and CHAVEZ and MOISE, Justices, concurring.

ORDERED, ADJUDGED AND DECREED that the Order granting summary judgment by the District Court of Valencia County be and the same hereby is affirmed.

COMPTON, Chief Justice, and CHAVEZ, MOISE and NOBLE, Justices, concurring, CARMODY, J., not participating.

ORDERED that the Petition for Writ of Prohibition be and the same is hereby denied.